# CIVIL COVER SHEET ATTACHMENT

*Beba LLC & DeFi Education Fund v. Securities & Exchange Commission*

## I. (c) Attorneys for Plaintiffs Beba LLC and DeFi Education Fund

Cameron T. Norris
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
Telephone: 703.243.9423

Jeffrey S. Hetzel
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
Telephone: 703.243.9423

J. Abraham Sutherland
106 Connally Street
Black Mountain, NC 28711
Telephone: 805.689.4577