# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| BEBA LLC and<br>DEFI EDUCATION FUND,<br><br>Plaintiffs,<br><br>v.<br><br>SECURITIES AND EXCHANGE COMMISSION,<br><br>Defendant. | Case No. 6:24-cv-153 |

**PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO DISMISS**

Plaintiffs Beba LLC and the DeFi Education Fund respectfully oppose Defendant SEC's motion to dismiss, *see* Doc. 22, on the grounds that it will be mooted by Plaintiffs' forthcoming amended complaint.

Plaintiffs sued the Securities and Exchange Commission under the Administrative Procedure Act and Declaratory Judgment Act for its unlawful digital asset policy. *See* Doc. 1. The SEC moved to dismiss Plaintiffs' claims under Rule 12(b)(1). *See* Doc. 22. Under this Court's rules and the Federal Rules of Civil Procedure, Plaintiffs have 21 days to freely amend their complaint. *See* L.R. CV-15; Fed. R. Civ. P 15(a)(1)(B). Plaintiffs plan to amend their complaint, which will moot the SEC's motion to dismiss

and allow it to file a new responsive pleading or motion. Plaintiffs file this response now only to avoid any uncertainty about the status of the pending motion to dismiss because their response would otherwise be due after just 14 days. *See* L.R. CV-7(d)(2).

Plaintiffs' amended complaint will moot the pending motion to dismiss. "Generally, an amended complaint renders pending motions moot." *Cupp v. Nucor Corp.*, 2024 WL 2855486, at *1 (W.D. Tex. Apr. 29), *report and recommendation adopted*, 2024 WL 2852514 (W.D. Tex. June 4) (Albright, J.). "An amended complaint supersedes the original complaint and renders it of no legal effect unless the amended complaint specifically refers to and adopts or incorporates by reference the earlier pleading." *New Orleans Ass'n of Cemetery Tour Guides & Cos. v. New Orleans Archdiocesan Cemeteries*, 56 F.4th 1026, 1033 (5th Cir. 2023). It therefore makes a motion to dismiss the original complaint moot. *See, e.g.*, *Crawford v. Tilley*, 15 F.4th 752, 759 (6th Cir. 2021) ("The general rule is that filing an amended complaint moots pending motions to dismiss."). Plaintiffs' amended complaint will include, among other things, additional allegations about Plaintiffs' injuries and the SEC's challenged policy, and will likely alter the SEC's sovereign-immunity arguments. *See* Doc. 22 at 5-27 (addressing these issues). The SEC will submit a responsive pleading or motion in response to that amended complaint. *See* Fed. R. Civ. P. 15(a)(3). The Court should therefore deny the SEC's pending motion to dismiss as moot once Plaintiffs file their amended complaint.

If the Court disagrees, Plaintiffs respectfully request an extension of 30 days to respond, in light of the new allegations that they will make in their amended complaint.

Dated: July 17, 2024                                Respectfully submitted,

                                                    /s/ Cameron T. Norris
J. Abraham Sutherland (pro hac vice)   Cameron T. Norris
106 Connally Street                    (TN State Bar No. 33467)
Black Mountain, NC 28711               Jeffrey S. Hetzel (pro hac vice)
Telephone: 805.689.4577                CONSOVOY MCCARTHY PLLC
                                       1600 Wilson Boulevard, Suite 700
                                       Arlington, VA 22209
                                       Telephone: 703.243.9423

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I e-filed this response with the Court on July 17, 2024. which emailed everyone requiring notice.

*/s/ Cameron T. Norris*