UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| BEBA LLC and DEFI EDUCATION FUND<br><br>*Plaintiffs,*<br><br>v.<br><br>SECURITIES AND EXCHANGE COMMISSION; and GARY GENSLER, Commissioner of the Securities and Exchange Commission, in his official capacity,<br><br>*Defendants.* | Case No. 6:24-cv-00153-ADA-DTG |

## ORDER GRANTING JOINT MOTION TO SET BRIEFING SCHEDULE

Pending before the Court is the parties' Joint Motion to Set Briefing Schedule (ECF No. 27). After review of the motion and the entirety of the record, the Court has determined the motion should be, and hereby is, **GRANTED**.

**IT IS HEREBY ORDERED** that (1) Defendant Securities and Exchange Commission will file a motion to dismiss the amended complaint by September 6, 2024; (2) Plaintiffs will file an opposition to the motion to dismiss the amended complaint by October 21, 2024; and (3) Defendant Securities and Exchange Commission will file a reply in support of the motion to dismiss the amended complaint by November 11, 2024.

The Court further **ACKNOWLEDGES** the Commissioner's stipulation to follow the above briefing schedule if served with process prior to September 6, 2024. Mot. at ¶ 5.

**SIGNED** this 7th day of August, 2024.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE