IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| BEBA LLC and<br>DEFI EDUCATION FUND,<br><br>                      Plaintiffs,<br><br>              v.<br><br>SECURITIES AND EXCHANGE COMMISSION; and GARY GENSLER, Commissioner of the Securities and Exchange Commission, in his official capacity,<br><br>                      Defendants. | Case No. 6:24-cv-00153-ADA-DTG |

**ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE ANDREESSEN HOROWITZ, MULTICOIN CAPITAL, PARADIGM, UNION SQUARE VENTURES AND VARIANT'S *AMICUS CURIAE* BRIEF IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

      Having considered Andreessen Horowitz, Multicoin Capital, Paradigm, Union Square Ventures and Variant's Unopposed Motion for Leave to File Amicus Curiae Brief in Support of Plaintiffs' Opposition to Defendants' Motion to Dismiss, the Court hereby ORDERS that such motion be, and hereby is, GRANTED.

Dated: _____                              _____

                                                                                                                            UNITED STATES DISTRICT COURT