**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| BEBA LLC and § <br> DEFI EDUCATION FUND, § <br> § <br> Plaintiffs, § <br> § <br> v. § <br> § <br> SECURITIES AND EXCHANGE § <br> COMMISSION § <br> § <br> Defendant § | Civil Action No. 6:24-cv-153-ADA-DTG |

**UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF OF *AMICUS CURIAE* TEXAS BLOCKCHAIN COUNCIL AND INVESTOR CHOICE ADVOCATES NETWORK**

Pursuant to Local Rule CV-7(b), proposed *Amicus Curiae*, Texas Blockchain Council, and Investor Choice Advocates Network ("Movants") asks that the Court grant leave for the filing of their amicus brief, attached as Exhibit A. Movants requested and received consent from counsel to Plaintiffs and Defendants to the filing of the brief.

The purpose of the amicus brief is to supplement the positions of the parties on the authority of the SEC to regulate digital assets like those at issue here. The brief provides a broader perspective on the SEC's current regulatory approach and how it harms the public. Accordingly, the amicus brief will be helpful to the Court as it considers the questions presented in this lawsuit.

Movants therefore respectfully asks that the Court grant leave for the filing of the attached brief.

Respectfully submitted,

**GRAY REED**

By: <u>*Chris Davis*</u>
Chris Davis
Joshua Smeltzer
1601 Elm Street, Suite 4600
Dallas, Texas 75201
Tel: (469) 320-6088
Tel: (469) 320-6225
cdavis@grayreed.com
jsmeltzer@grayreed.com

Attorneys for *Amicus Curiae*
Texas Blockchain Council and Investor Choice Advocates Network

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2024, I electronically filed the above motion together with the proposed brief by using the District Court's PACER system. I further certify that service will be accomplished by the PACER system.

Dated: October 28, 2024              /s/ Chris Davis
                                     Chris Davis