**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| BEBA LLC and <br> DEFI EDUCATION FUND, <br><br> Plaintiffs, <br><br> v. <br><br> SECURITIES AND EXCHANGE <br> COMMISSION <br><br> Defendant | § § § § § § § § § § § § § <br><br> Civil Action No. 6:24-cv-00153-ADA-DTG |

**[PROPOSED] ORDER GRANTING *AMICI CURIAE* TEXAS BLOCKCHAIN COUNCIL AND INVESTOR CHOICE ADVOCATES NETWORK'S UNOPPOSED MOTION FOR LEAVE TO FILE *AMICUS* BRIEF**

Came before the Court, *Amicus Curiae*, Texas Blockchain Council and Investor Choice Advocates Network's Unopposed Motion for Leave to file Amicus Brief.

The Court finds that the motion has merit. THEREFORE, the Court ORDERS that the Motion is GRANTED. The Clerk shall file the amicus brief attached to the motion.

DATE: _____       _____
                                                     JUDGE PRESIDING

4878-1772-2867.1