## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | |
|---|---|
| BEBA LLC and DEFI EDUCATION FUND<br><br>*Plaintiffs,*<br><br>v.<br><br>SECURITIES AND EXCHANGE COMMISSION; and GARY GENSLER, Commissioner of the Securities and Exchange Commission, in his official capacity,<br><br>*Defendants.* | Case No. 6:24-cv-00153-ADA-DTG |

## **DEFENDANTS' CONSENTED-TO MOTION TO HOLD CASE IN ABEYANCE**

Defendants respectfully request that this Court hold this case in abeyance for a period of 60 days.

1. Plaintiffs seek declaratory relief addressing the application of the federal securities laws to crypto-asset transactions and injunctive relief regarding Securities and Exchange Commission enforcement actions related to crypto-asset transactions. Dkt. 24.

2. Defendants' motion to dismiss the amended complaint pursuant to Federal Rule of Civil Procedure 12(b)(1) is fully briefed. Dkt. 69, 70, 72.

3. A transition in Commission leadership took place on January 20, 2025. And on January 21, 2025, Acting Chairman Mark T. Uyeda launched the Crypto Task Force, which is dedicated to helping the Commission develop the regulatory framework for crypto assets. The work of the Crypto Task Force may affect and could facilitate the potential resolution of this case.

4.        In light of the Crypto Task Force's formation and ongoing evaluation of crypto-assert related issues, as well as the interest in conserving judicial resources, this case should be held in abeyance for a period of 60 days, at the conclusion of which defendants shall file a status report advising this Court of developments relevant to the issues raised by plaintiffs' amended complaint.

5.        Plaintiffs consent to the requested relief, though reserve their right to object to any additional abeyances.

Dated: March 14, 2025                                             Respectfully submitted,

/s/ *Jason J. Rose*
Jason J. Rose
Texas Bar No. 24007946
Securities and Exchange Commission
801 Cherry Street, Suite 1900
Fort Worth, Texas 76102
(817) 978-1408 (phone)
(817) 978-4927 (facsimile)
rosej@sec.gov

Jeffrey A. Berger (*pro hac vice*)
Illinois Bar No. 6282511
Ezekiel L. Hill (*pro hac vice*)
D.C. Bar No. 1684647
David D. Lisitza (*pro hac vice*)
California Bar No. 225824
Securities and Exchange Commission
100 F Street NE
Washington, DC 20549
(202) 551-5100 (phone)
bergerje@sec.gov
hillez@sec.gov
lisitzad@sec.gov

*Counsel for Defendants*

## **CERTIFICATE OF CONFERENCE**

      On March 3,13, and 14, 2025, counsel for defendants conferred with counsel for plaintiffs, who indicated that plaintiffs are unopposed to the requested extension, though reserve their right to object to any additional abeyances.

                                              */s/ Jason J. Rose*
                                              Jason J. Rose

## **CERTIFICATE OF SERVICE**

I affirm that on March 14, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court for the Western District of Texas, Waco Division, by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.

/s/ *Jason J. Rose*
Jason J. Rose