# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| BEBA LLC and DEFI EDUCATION FUND,<br>    *Plaintiff*,<br><br>v.<br><br>SECURITIES AND EXCHANGE COMMISSION; and GARY GENSLER, Commissioner of the Securities and Exchange Commission, in his official capacity,<br>    *Defendant*, | CASE NO. 6:24-CV-00153-ADA-DTG |

## ORDER ON STATUS REPORT (ECF NO. 75)

Before the Court is the Parties' Joint Status Report (ECF No. 75). In the Status Report, the parties request that the case continue to be held in abeyance for an additional sixty (60) days, at which point the parties will file another status report. Having considered the Status Report, the Court finds that the requested relief should be **GRANTED**.

It is **ORDERED** that this case be held in abeyance until July 31, 2025. On, or before, July 31, 2025, the parties are **ORDERED** to file either a motion requesting a scheduling order, a status conference, or other appropriate relief.

SIGNED this 14th day of May, 2025.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE