IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **BEBA LLC and DEFI EDUCATION FUND,**<br><br>　　*Plaintiffs,*<br><br>v.<br><br>**SECURITIES AND EXCHANGE COMMISSION and GARY GENSLER, Commissioner of the Securities and Exchange Commission, in his official capacity,**<br><br>　　*Defendants,* | **CASE NO. 6:24-CV-00153-ADA-DTG** |

## ORDER RESETTING STATUS CONFERENCE

On March 17, 2025, the Court stayed this case at the parties' request. Dkt. No. 74. The stay was scheduled to expire on July 31, 2025. *See* Dkt. No. 76. On that day, the parties requested that the Court extend the stay to September 29, 2025, at which time the parties would file another status report. Dkt. No. 79 at 3. The parties failed to do so, and the Court ordered the parties to appear in person for a status conference on December 17, 2025. Dkt. No. 80 at 1. In response, the parties jointly moved to continue the December 17, 2025 status conference date or, in the alternative, to vacate the hearing and order a status report within ninety (90) days. Dkt. No. 81 at 2. Should the December 17, 2025 hearing setting remain, the parties ask for leave to appear over videoconference. *Id.* Having considered the motion, the Court finds it should be **GRANTED-IN-PART** and **DENIED-IN-PART**, as follows:

The show cause hearing is **RESET** from December 17, 2025 to **February 25, 2026** at **3:00 PM CST** (1 hour time block). The hearing will be held in-person at the U.S. District Court, Courtroom No. 2, Third Floor, 800 Franklin Avenue, Waco Texas.

The parties shall file an additional status report on or before **February 18, 2026**. The parties must include in their report the status of the Security and Exchange Commission's review of the issues underlying this case, when the parties anticipate the review being completed, and each party's position on an appropriate schedule for the case. After consideration of the status report, the Court may cancel or continue the status conference hearing. The Court will notify the parties of any cancellation or continuance.

The parties' request to appear at the December 17, 2025 hearing over videoconference is **DENIED-AS-MOOT**.

**SIGNED** this 15th day of December, 2025.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE