UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

BEBA LLC, DEFI EDUCATION FUND

vs.    NO:   WA:24-CV-00153-ADA-DTG

SECURITIES AND EXCHANGE
COMMISSION, ET AL.
*Defendant*

# ORDER RESETTING STATUS CONFERENCE HELD IN PERSON

IT IS HEREBY ORDERED that the above entitled and numbered case is RESET for STATUS CONFERENCE HELD IN PERSON, in U.S. District Court, Courtroom No. 2, Third Floor, 800 Franklin Avenue, Waco, Texas, on Wednesday, February 25, 2026 at 10:00 AM (time change only).

**IT IS SO ORDERED** this **28th day of January, 2026**.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE