IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| BEBA LLC and DEFI EDUCATION FUND,<br><br>    *Plaintiff,*<br><br>v.<br><br>SECURITIES AND EXCHANGE COMMISSION, et al.,<br><br>    *Defendants,* | CASE NO. 6:24-CV-00153-ADA-DTG |

### ORDER GRANTING-IN-PART AND DENYING-IN-PART UNOPPOSED MOTION TO ADJOURN STATUS CONFERENCE (DKT NO. 84)

In this case, the plaintiffs, Beba LLC and DeFi Education Fund, seek declaratory and injunctive relief regarding the defendants, the Securities and Exchange Commission (the "SEC") and Gary Gensler's enforcement of federal securities laws with respect to crypto-asset transactions. *See* Dkt. No. 1; Dkt. No. 84 at 1. On March 17, 2025, the Court stayed this case to accommodate the SEC's ongoing review of the underlying issues. Dkt. No. 74. During the stay, the parties failed to file a scheduled status report, the Court set them for an in-person status conference. Dkt. No. 80. The status conference was continued to February 25, 2026 at the parties' request. *See* Dkt. No. 82 at 1. The Court further ordered the parties to file a status report on or before February 18, 2026. *Id.* at 2.

On February 9, 2026, the plaintiffs informed the Court that they submitted a request for no-action relief to the SEC's Division of Corporate Finance. Dkt. No. 84 at 2. The plaintiffs claim that the request will determine the need to litigate this matter and ask to adjourn the February 25, 2026 status conference setting while it is pending. *Id.* The plaintiffs also ask the Court to postpone the status report due on February 18, 2025 until fifteen (15) days after the

Division of Corporate Finance responds. *Id.* at 1. Having considered the motion, the Court finds that it should be **GRANTED-IN-PART** and **DENIED-IN-PART**, as follows:

The February 25, 2026 status conference setting is **VACATED**.

The parties shall file a written status report with the Court within seven (7) days of the Division of Corporate Finance's response to the plaintiffs' no-action request or on **May 18, 2026**, whichever is earlier. The parties must include in their report the status of the no-action request, when the parties anticipate the request being resolved, and each party's position on an appropriate schedule for the case.

**SIGNED** this 18th day of February, 2026.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE